## UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

January 5, 2017

MEMO TO COUNSEL RE: John S. McNulty, et al. v. Robert A. Casero, Jr., et al.
Civil No. JFM-16-2426

Dear Counsel:

Enclosed please find a memorandum I am entering today granting the cross-motion for summary judgment filed by plaintiffs.

It appears to me that this case should be settled. Please advise me on or before February 7, 2017 as to whether you request a settlement conference with a magistrate judge.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge